466 A.2d 707

Commonwealth v. Martin, Appellant.
Petition for Allowance of Appeal
Denied Feb. 8, 1984.

Submitted February 3, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Judgment of sentence affirmed.